10-30574

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOANG PHAM | CIVIL ACION |
| VERSUS | NUMBER: 10-153-EJP-SCR |
| TERRY L. TERRELL, WARDEN | |

2010 JUN 21 P 12:00

BY DEPUTY CLERK

## NOTICE OF APPEAL

**COMES NOW HOANG PHAM**; hereinafter referred to as Petitioner, appearing herein in propria persona and who respectfully represents that:

**MAY IT PLEASE THE COURT:**

Pending on the docket of this Court is Petitioner's *pro se* Application for Writ of Habeas Corpus filed pursuant to **28 U.S.C. § 2254** and on the 21st day of May 2010 Petitioner was duly served with a copy of this Court's Judgment dated 18 May 2010 dismissing his Application for Writ of Habeas Corpus, with prejudice, as procedurally barred; and as such, this Notice of Appeal filed this 15th day of June 2010 is timely and properly before this Court pursuant to the provisions of Rule 4(a) of the Federal Rules of Appellate Procedure.

**WHEREFORE**, Petitioner respectfully prays that this Court grant his Motion and order the entire record in this matter transferred and conveyed to the Court of Appeal, for the Fifth Circuit.

With respect,

*[signature]*

HOANG PHAM-, 277377
Earth D-2, ALC
3751 Lauderdalewoodyard Road
Kinder, LA 70648

FJP

MR. HOANG PHAM, 277377
ALC-Earth D-2
3751 Lauderdale-Woodyard Road
Kinder, LA 70648

016H26515215

$00.78⁰
06/18/2010
Mailed From 70648
US POSTAGE

United States District Court
ATTN: NICK J. LORIO
Honorable Clerk of Court
Suite, 139, 777 Florida Street
Baton Rouge, LA 71801-1712

**10-30574**

HABEAS, CASE REFERRED, DAC, APPEAL, CLOSED

## U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:10-cv-00153-FJP-SCR

| | |
|---|---|
| Pham v. Terrell et al | Date Filed: 3/8/2010 |
| Assigned to: Judge Frank J. Polozola | Jury Demand: None |
| Referred to: Magistrate Judge Stephen C. Riedlinger | Nature of Suit: 530 Habeas Corpus (General) |
| Demand: $0 | Jurisdiction: Federal Question |
| Lead Docket: None | |
| Related Cases: None | |
| Cases in other court: None | |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | |

**Petitioner**
-----------------------

**Hoang Pham**             A          represented by  **Hoang Pham**
                                                      277377
                                                      Allen Correctional Center
                                                      3751 Lauderdale Woodyard Road
                                                      Kinder, LA 70648
                                                      US
                                                      PRO SE

V.

**Respondent**
-----------------------

**Warden Terry Terrell**   *E*
**James D. Caldwell, Jr.**              represented by  **Dylan C. Alge**
                                                        District Attorney's Office
                                                        East Baton Rouge Parish
                                                        222 St. Louis Street
                                                        5th Floor
                                                        Baton Rouge, LA 70802
                                                        USA
                                                        225-389-3400
                                                        Fax: 225-389-5482
                                                        Email: dalge@ebrda.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 3/8/2010 | 1 | PETITION for Writ of Habeas Corpus, filed by Hoang Pham.(BP, ) (Entered: 3/8/2010) |
| 3/8/2010 | 2 | MOTION to Proceed In Forma Pauperis with Statement of Account by Hoang Pham. (BP, ) (Entered: 3/8/2010) |
| 3/8/2010 |  | MOTION(S) REFERRED: [2] MOTION to Proceed In Forma Pauperis with Statement of Account. This motion is now pending before the USMJ. (BP, ) (Entered: 3/8/2010) |
| 3/9/2010 | 3 | ORDER granting [2] Motion to Proceed In Forma Pauperis. Signed by Magistrate Judge Stephen C. Riedlinger on 3/9/2010. (LSM, ) (Entered: 3/9/2010) |
| 3/11/2010 | 4 | Order: In order for this Court to determine the action, if any, that shall be taken on this application, the DA for the Parish of East Baton Rouge shall file an answer & memo of authorities, along w/copies of all briefs & memoranda. The Clerk of Court for the 19th JDC shall file a certified copy of the entire state court record. The Clerk of this Court serve, by any means which provides tracking and delivery confirmation, a copy of the entire application & this order on the AG for the State of LA, the DA for the Parish of EBR, and the Clerk of Court for 19th JDC. Signed by Magistrate Judge Stephen C. Riedlinger on 3/11/2010. (CMM, ) (Entered: 3/11/2010) |
| 3/12/2010 | 5 | Return on FedEx Confirmation as to [4] Habeas Corpus Order. (CMM,) (Main Document 5 replaced on 3/15/2010) (CMM, ). (Entered: 3/12/2010) |
| 4/14/2010 | 6 | RESPONSE/Answer to [1] Petition for Writ of Habeas Corpus by James D. Caldwell, Jr.(Alge, Dylan) Modified on 4/14/2010 to edit text (BP, ). (Entered: 4/14/2010) |
| 4/14/2010 | 7 | MEMORANDUM in Opposition to [1] Petition for Writ of Habeas Corpus filed by James D. Caldwell, Jr. (Alge, Dylan) Modified on 4/14/2010 to add text (BP, ). (Entered: 4/14/2010) |
| 4/27/2010 | 8 | State Court Record (Habeas Case): This record includes 1 volume(s) from the 19th JDC and contains no original(s). (PAH, ) (Entered: 4/27/2010) |
| 4/28/2010 | 9 | REPORT AND RECOMMENDATIONS regarding [1] Petition for Writ of Habeas Corpus filed by Hoang Pham...It is recommended that the petitioner's application for habeas corpus relief be dismissed, with prejudice, as procedurally barred. Objections to R&R due by 5/17/2010. Signed by Magistrate Judge Stephen C. Riedlinger on 4/28/2010. (CMM, ) (Entered: |

| | | |
|---|---|---|
| | | 4/28/2010) |
| 5/17/2010 | 10 | Opposition to [9] Magistrate Judge's Report filed by Hoang Pham. (CMM, ) (Main Document 10 replaced on 5/19/2010) (CMM, ). (Entered: 5/17/2010) |
| 5/18/2010 | 11 | OPINION Adopting [9] Report and Recommendations, of the U.S. Magistrate Judge. It is ordered that the petitioner's application for habeas corpus relief shall be dismissed, with prejudice, as procedurally barred. Judgment shall be entered accordingly. Signed by Judge Frank J. Polozola on 5/18/2010. (LSM, ) (Entered: 5/18/2010) |
| 5/18/2010 | 12 | JUDGMENT...It is ordered and adjudged that judgment shall be entered, dismissing the petitioner's application for habeas corpus relief, with prejudice, as procedurally barred. Signed by Judge Frank J. Polozola on 5/18/2010. (LSM, ) (Entered: 5/18/2010) |
| 6/21/2010 | 13 | NOTICE OF APPEAL of [12] Judgment by Hoang Pham. (JDL, ) (Entered: 6/21/2010) |
| 6/21/2010 | 14 | MOTION for Leave to Appeal in forma pauperis with Statement of Account by Hoang Pham. (JDL, ) (Entered: 6/21/2010) |